ANDREW D. WOLL, SBN 85347
THE LAW OFFICE OF ANDREW D. WOLL
550 MAIN ST., STE. B1B
PLACERVILLE, CA 95667

Telephone:  530-626-7654
Email:  awoll@andrewwoll.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH COURTNEY, | Case No.:  2:07-cv-01720-FCD-GGH |
| Plaintiff, | STIPULATION OF DISMISSAL AND ORDER |
| vs. | |
| USAA LONG TERM DISABILITY PLAN; USAA LONG TERM DISABILITY PLAN COMMITTEE; and DOES 1 THROUGH 100, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED BETWEEN the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED:  January 29, 2009          LAW OFFICES OF ANDREW D. WOLL

                                  By: /s/ Andrew D. Woll

                                  ANDREW D. WOLL

STIPULATION OF DISMISSAL AND ORDER
Page -1-

DATED:  January 29, 2009                    GIBSON, DUNN & CRUTCHER LLP

/S/ Joseph W. Guzzetta

_____
JOSEPH W. GUZZETTA,

## **ORDER**

The stipulation of the parties is accepted by the Court and the case is dismissed with prejudice.

DATED:  January 29, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE